**JOHN ENGLERT, II,** :
:
    **Petitioner** :
:   **CIVIL NO. 3:CV-12-2133**
**v.** :
:   **(Judge Caputo)**
**PA STATE ATTORNEY GENERAL,** :
:
    **Respondent** :

# O R D E R

**AND NOW**, this  26th day of **MAY, 2015,** upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this file.

                                       **/s/ A. Richard Caputo**
                                       **A. RICHARD CAPUTO**
                                       **United States District Judge**